470 A.2d 1044

Commonwealth v. Williams, Appellant.

Submitted October 21, 1983. Donald C. Cofsky, for appellant; Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and WIEAND and MONTEMURO, JJ.

Order affirmed.